IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **KRISTINE CORZINE,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | No. 5:12-CV-405 (CAR) |
| | : | |
| **LITTLE LEAGUE BASEBALL** | : | |
| **INCORPORATED,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

## NOTICE OF APPEAL TO
## THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

Notice is given that Kristine Corzine, Plaintiff in the above-named case, appeals to the United States Court of Appeals for the Eleventh Circuit from the Judgment on Defendant's Motion for Summary Judgment entered in this action on the 24th day of March, 2014.

Respectfully submitted this 17th day of April, 2014.

                                                              **s/Thomas F. Richardson**
                                                             Thomas F. Richardson
                                                             State Bar No. 604325
                                                             trichardson@chrkglaw.com

                                                             **s/Frances L. Clay**
                                                             Frances L. Clay
                                                             State Bar No. 129613
                                                            fclay@chrkglaw.com

                                                             **Counsel for Plaintiff**

Chambless, Higdon, Richardson,
 Katz & Griggs, LLP
3920 Arkwright Road, Suite 405
P.O. Box 18086
Macon, GA 31202-8086
(478) 745-1181

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 17th day of April, 2014, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will automatically send notice to the following CM/ECF participants: fbutler@constangy.com, jweltin@constangy.com, and jmurray@constangy.com.

                                             s/Frances L. Clay
                                             Frances L. Clay